**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARCUS YUNG-GYU EPSTEIN<br>       Plaintiff,<br><br>v.<br><br>RAW STORY MEDIA, INC., JOHN BYRNE,<br>ROXANNE COOPER, DAVID FERGUSON<br><br>       Defendants. | **Civil Action No. 1:18-cv-01481-TNM** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Marcus Epstein, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, as to all claims and all defendants. No answer or motion for summary judgment has yet been filed.

Dated: August 23, 2018                                   Respectfully submitted,

*/s/ Noah B. Peters*
Noah B. Peters, Esq. (#1023748)
1015 18th St. N.W.
Suite 204
Washington, D.C. 20036
Telephone: (202) 499-4222
Facsimile: (202) 318-7071
noah@noahpeterslaw.com

*Counsel for Plaintiff*